**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**DEVINA ANCHELLE WILLIAMSON,**

**Plaintiff,**

**v.** **Case No. 3:26-cv-3752-TKW-HTC**

**NATIONSTAR MORTGAGE, LLC, et al.,**

**Defendants.**
_______________________________/

# ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 22), Plaintiff's untimely[1] objections (Doc. 25), and Defendants' response to the objections (Doc. 30). Based on the Court's de novo review of the issues raised in the objections, the Court agrees with the magistrate judge's determination that this case should be dismissed because the amended complaint fails to state a plausible claim for relief and Plaintiff failed to timely file a second amended complaint.

The Court did not overlook that Plaintiff filed a proposed second amended complaint (Doc. 24) with her objections, along with a motion to accept the untimely

[1] The objections are dated September 30, 2026, but Plaintiff did not file them with the Court until October 21—well after the deadline in Fed. R. Civ. P. 72(b)(2).

second amended complaint (Doc. 23). However, the proposed second amended complaint was filed more than a month after the deadline established by the magistrate judge, and neither the objections nor the motion provide an adequate justification for the untimely filing. The excuses provided by Plaintiff—she "is pro se," "has been sick," and "recently had to deal with the funeral of a family member"—do not constitute good cause or excusable neglect, particularly in light of Plaintiff history of missing deadlines in this case. Moreover, as Defendants persuasively argue in their response in opposition to Plaintiff's motion to accept the untimely second amended complaint (Doc. 29), amendment would be futile because the second amended complaint does not cure the pleading deficiencies identified by the magistrate judge or state a plausible claim for relief. *See Cockrell v. Sparks*, 510 F.3d 1307, 1310 (11th Cir. 2007) (explaining that leave to amend can be denied as "futile" when "the complaint as amended would still be properly dismissed or be immediately subject to summary judgment for the defendant).

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation is adopted and incorporated by reference into this Order.

2. Plaintiff's motion for leave to file a second amended complaint out of time (Doc. 23) is **DENIED**.

3. This case is **DISMISSED without prejudice** for failure to state a claim upon which relief can be granted and for comply with a court order.

4. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 16th day of November, 2026.

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**